UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAN HOWITT,  )<br> )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br> HARVARD BOOKSTORE, et al., )<br> )<br>  Defendants. )<br> ) | Civil Action No. 25-10502-DJC |

**FINAL ORDER OF DISMISSAL**

**CASPER, J.**                                                                                                       **January 13, 2026**

For the reasons stated in the Order dated January 12, 2026, this action is dismissed.

                                                                    ROBERT M. FARRELL
                                                                    CLERK OF COURT


Dated: 1/13/2026                               By /s/ Lisa Hourihan
                                                                 Deputy Clerk

1