# United States Court of Appeals
## For the First Circuit

No. 26-1237

DAN HOWITT,

Plaintiff - Appellant,

v.

HARVARD BOOK STORE; JEFFREY MAYERSOHN; MARNIE MURRAY; JILIAN KRAVATZ,

Defendants - Appellees.

**JUDGMENT**

Entered: April 10, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2). Appellant's appeal shall proceed under No. 26-1087.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dan Howitt