UNITED STATES DISTRICT COURT MASSACHUSETTS

Dan Howitz,
                    Plaintiff,                                                          1:25CV10502DJC
v
Harvard Bookstore,
                    Defendant.

**PLAINTIFF'S NOTICE/MOTION TO CORRECT NAME TO "DAN HOWITZ"**

Judge Gorton for my case as plaintiff, 1:24-cv-11993-NMG, and per my notice for that case at

Document 13-1 at 2, granted that my name be corrected to Dan Howitz, and below is an excerpt from his

Document 17 order.

> 1.    The Clerk shall change the plaintiff's name from "Dan Howitt" to "Dan Howitz," as per his notice in ~~in~~ Docket # 13-1 *NMG* at 2 that "Dan Howitz" is his legal name.  The docket shall indicate that "Dan Howitz" was formerly known as "Dan Howitt."

I would like to ask that my name be corrected as such for this case as well, and above I have re-captioned it

accordingly.

Submitted by,

Dan Howitz, 6/2/26

1