UNITED STATES DISTRICT COURT MASSACHUSETTS

Dan Howitz,

               Plaintiff,                                               1:25CV10502DJC

v

Harvard Bookstore,

               Defendant.

**EMERGENCY PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL A MOTION TO SEAL CASE BASED ON IMMINENT HARM**

        A pro se clinic advised me to state the following.

1        First Circuit precedent (such as *United States v Kravetz*) dictates that a party seeking to seal must prove "compelling reasons" that outweigh the public's presumptive right of access. Preventing a credible, articulable threat of death or severe bodily injury easily satisfies this standard.

2        I have exhibits, and an affidavit, that I would like to file under seal regarding the above #1.

Submitted by,

Dan Howitz, 6/2/26

1