**UNITED STATES DISTRICT COURT MASSACHUSETTS**

_____

Dan Howitz,

                Plaintiff,                                              1:25CV10502DJC

v

Harvard Bookstore,

_____Defendant.

**EMERGENCY MOTION FOR IMMEDIATE TEMPORARY SEALING ORDER, WHILE FORMAL MOTION FOR LEAVE TO FILE UNDER SEAL A MOTION TO SEAL CASE BASED ON IMMINENT HARM IS PENDING**

       A pro se clinic advised me to state the following.

1       Emergency Motion to Seal:  A party can ask the court for an immediate temporary sealing order ex parte while the judge considers the party's formal motion.  I ask for an immediate temporary sealing order of this case pending my formal motion (Document #30)..

2       First Circuit precedent (such as _United States v Kravetz_) dictates that a party seeking to seal must prove "compelling reasons" that outweigh the public's presumptive right of access.  Preventing a credible, articulable threat of death or severe bodily injury easily satisfies this standard.

3       I have exhibits (email from a police detective, the detective's criminal complaint case number against a perpetrator, telephone recording of a call to me by the perpetrator, and months of my testimony about other harm by others), and an affidavit, that I would like to file under seal regarding the above #2.

Submitted by,

_Dan Howitz_

Dan Howitz, 6/3/26

1