**UNITED STATES DISTRICT COURT MASSACHUSETTS**

Dan Howitt,

                Plaintiff,                                           1:25CV10502DJC

v

Harvard Bookstore,

                Defendant.

**EMERGENCY MOTION FOR HEARING**

      This is an emergency motion for a virtual hearing on my pending emergency motions.  I ask that the

hearing take place on 6/18/26 or 6/19/26.  There are urgent issues and I ask that a hearing be had on those

issues.

Submitted by,

Dan Howitt, 6/17/26

1